CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 21 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL ANTHONY ADKINS,** | ) | **Civil Action No. 7:15-cv-00139** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ROBINSON, et al.,** | ) | **By:   Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

Michael Anthony Adkins, proceeding pro se, filed a motion for a preliminary injunction to compel officials at the Danville City Jail to transfer him to the custody of the Virginia Department of Corrections ("VDOC") due to what he perceived to be inadequate mental health treatment. Since filing that motion, Plaintiff has been transferred into the physical custody of the VDOC and is presently housed in a VDOC facility. Accordingly, the motion for a preliminary injunction is **DENIED** as moot. See, e.g., Mo., Kan. & Tex. Ry. v. Ferris, 179 U.S. 602, 606 (1900); Incumaa v. Ozmint, 507 F.3d 281, 286-87 (4th Cir. 2007).

The Clerk shall send copies of this Order to the parties.

It is so **ORDERED**.

**ENTER**: This 21 st day of May, 2015.

/s/ Michael F. Urbanski

United States District Judge