CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 04 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY ADKINS, | ) | Civil Action No. 7:15-cv-00139 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBINSON, et al., | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Sheriff Modul and Nurse Robertson's motion to dismiss is **GRANTED**; Sheriff Modul and Nurse Robertson are **TERMINATED** as defendants; Hall's converted motion for summary judgment is **DENIED**; and Hall shall **FILE** a motion for summary judgment supported by affidavit(s) within thirty days of this Order's entry, pursuant to Standing Order 2013-6.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 4th day of January, 2016.

/s/ Michael F. Urbanski
United States District Judge