CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY ADKINS, ) | Civil Action No. 7:15-cv-00139 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| ROBINSON, et al., ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Hall's motion for summary judgment is **GRANTED**; Plaintiff's motions for summary judgment are **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 27th day of May, 2016.

/s/ Michael F. Urbanski
United States District Judge